UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUTH TORRES, | § | |
|         Plaintiff, | § | |
| | § | |
| v. | § | Civil Case 3:24-cv-1843-B-BK |
| | § | |
| JUDGE BONNIE LEE GOLDSTEIN, et al., | § | |
|         Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 17th day of October, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE